UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN JORDAN, et al,

                        Plaintiffs,

      v.                                      1:09-cv-1054

FEDERAL MARINE TERMINALS, INC., et al,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

       Defendants moved to preclude the expert report and testimony of one of Plaintiffs' experts, Douglas Rowland and/or Franklin Darius, as cumulative of the other. In response to the motion, by letter dated May 6, 2011, Plaintiffs' attorney responded that "I have spoken with [defense counsel] and advised . . . that the Plaintiffs will be calling only one of their liability experts. It is my understanding that based on this decision [defendants] will withdrawn [the] motion with the Court." To date, the motion has not been withdrawn.

       In light of Plaintiffs' representation that they will call only one of the liability experts, the motion is DENIED AS MOOT with leave to renew at trial in the event Plaintiffs seek to introduce the testimony of both experts.

IT IS SO ORDERED.

Dated:May 23, 2011

_/s/ Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge